## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

CURTIS RAY TERRY, et al.,                )
                                         )
        Plaintiffs,                      )
                                         )
vs.                                      )    Case No. CIV-06-0851-F
                                         )
NUVELL CREDIT CORPORATION,               )
et al.,                                  )
                                         )
        Defendants.                      )

### ORDER

Defendants' Notice of Removal is before the court.  (Doc. no. 1.)  The court notes the averments at ¶11 of the notice representing that defendant Nuvell Credit Company, LLC is a limited liability company existing under the laws of Delaware and having its principal place of business in Little Rock, Arkansas.

The court has a duty to inquire into its own jurisdiction.  The tenth circuit has not specifically ruled with respect to the method of determining the citizenship of a limited liability company for purposes of diversity jurisdiction.  However, other courts have determined that the citizenship of a limited liability company is the citizenship of its members.  Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006); Handelsman v. Bedford Village Associates Ltd. Partnership, 213 F.3d 48, 51-52 (2d Cir. 2000); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Hale v. MasterSoft Intern. Pty., Ltd., 93 F. Supp. 2d 1108, 1112 (D. Colo. 2000); Keith v. Black Diamond Advisors, Inc., 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999); International Flavors & Textures, LLC v. Gardner, 966 F. Supp. 552, 554-55 (W.D.

Dockets.Justia.com

Mich. 1997). *See generally*, 15 Moore's Federal Practice and Procedure, §102.57[8] regarding the uniformity of rulings from other circuits on this issue.

Accordingly, the removing defendants, Nuvell Credit Corporation and Nuvell Credit Company, LLC,[1] are directed to file, within ten days of the date of this order, a statement identifying all members of Nuvell Credit Company, LLC and specifying the citizenship of each member.  If any of the members of Nuvell Credit Company, LLC are themselves limited liability companies, then defendants' statement shall identify those limited liability companies and specify their citizenship as well.

Dated this 16th day of August, 2006.

_____

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-0851p002(pub).wpd

_____

[1]The Notice of Removal states that effective April 18, 2006, defendant Nuvell Credit Corporation was converted to defendant Nuvell Credit Company, LLC.  (Notice of Removal, ¶ 11.)